IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BRIAN CROCKETT,**

      Petitioner,

vs.    No. 07-CV-1175 JCH/ACT

**TIM LEMASTER**, Warden,
and the Attorney General of the
State of New Mexico,

      Respondents.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION OF THE UNITED STATES MAGISTRATE JUDGE

THIS MATTER comes before the Court on the Proposed Findings and Recommended Disposition of the United State Magistrate Judge.  [Doc. No. 9].  The Petitioner has not filed objections to the Proposed Findings and Recommended Disposition.

IT IS ORDERED that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are ADOPTED BY THE COURT.


_____
**UNITED STATES DISTRICT JUDGE**